Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NGUYEN QUACH, and<br>OMAR GONZALEZ,<br><br>Defendants. | No. CR11-131MJP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendants Nguyen Quach and Omar Gonzalez.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to these Defendants are dismissed, without prejudice. The outstanding warrants shall be quashed.

DATED this **29** day of **August**, 2017.

*signature*
MARSHA J. PECHMAN
United States District Judge

*Order of Dismissal* -- 1
*U.S. v. Nguyen Quach and Omar Gonzalez; CR11-131MJP*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

/s/ Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney

*Order of Dismissal -- 2*
*U.S. v. Nguyen Quach and Omar Gonzalez; CR11-131MJP*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970